UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TRACY LASHOWN COLLIER,

     Plaintiff,

v.                          Case No. 5:14cv136/RS/CJK

FRANK MCKEITHEN, et al.,

     Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiff commenced this action on June 3, 2014, by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1) and a motion to proceed *in forma pauperis* (titled "Declaration In Support Of Request For Leave To Proceed In Forma Pauperis") (doc. 2). On June 11, 2014, the court issued an order denying plaintiff's motion to proceed *in forma pauperis* without prejudice because it was incomplete and was not filed on the required Northern District form. (Doc. 4). Plaintiff was directed to pay the $400.00 fee for filing a civil case ($350.00 filing fee and $50.00 administrative fee) or file a complete application to proceed *in forma paupers* on the court-approved form, within thirty days. (*Id*.). Plaintiff was warned that failure to do so would result in a recommendation that this case be dismissed for failure to comply with an order of the court. (*Id.*).

A copy of the June 11, 2014 order was mailed to plaintiff at his address of record – the Bay County Jail. The mail was returned on June 23, 2014, as undeliverable, marked: "Return to Sender - Not Deliverable As Addressed - Unable to Forward," with a handwritten note: "Released 6/9/14." To date, plaintiff has not complied with the court's June 11, 2014 order, or notified the court of his current address.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court and failure to keep the court informed of his current address.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 14th day of July, 2014.

/s/ *Charles J. Kahn, Jr.*

**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).