IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TRACY LASHOWN COLLIER,

    Plaintiff,

v.                                   CASE NO. 5:14-cv-136-RS-CJK

FRANK MCKEITHEN, et al.,

    Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 7). No objections have been filed. I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is **DISMISSED without prejudice** for plaintiff's failure to comply with an order of the court and failure to keep the court informed of his current address.

3. The Clerk is directed to close the file.

**ORDERED** on August 12, 2014.

                                   /S/ Richard Smoak
                                   **RICHARD SMOAK**
                                   **UNITED STATES DISTRICT JUDGE**